UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Jane Roe**, as Mother and Custodian of Johnny Roe, et al. | : : | Case No. C1-01-422 |
| | : | Judge Beckwith |
| Plaintiffs, | : : | |
| | : | Magistrate Judge Sherman |
| vs. | : : | |
| | : | **PLAINTIFFS' MOTION TO** |
| **Butler County, Ohio et al.**, | : : | **REOPEN CASE AGAINST** |
| | : | **DEFENDANTS JANE AND JOHN** |
| Defendants. | : : | **COE #1 AND MEMORANDUM IN SUPPORT** |

**MOTION**

On August 14, 2003 date, this Court conditionally dismissed the claims against John and Jane Coe #1 because the parties had indicated to the Court that the case had settled. (Doc. 75). The parties have not consummated settlement and Plaintiff moves to reopen the case and set a trial on damages only against Defendants Jane and John Coe #1 for the reasons contained below.

**MEMORANDUM IN SUPPORT**

This Court entered judgment on liability against John and Jane Coe #1 ("Defendants"). (Doc. 59). The trial on damages was scheduled for September 8, 2003. On August 7, 2003, the parties agreed to settle for $10,000, which is the statutory limit on the claim against these parents for injuries caused by their sons' assault on Plaintiff Johnny Roe. Defendants have not consummated the settlement. They had agreed to sign a Settlement Agreement and an Agreed Order of Dismissal (See Attached). Neither document has been signed. Therefore, since the parties have not settled, Plaintiffs request

the case be reopened and the trial re-scheduled. In lieu of setting a trial date, Plaintiffs are amenable to scheduling a settlement conference with the Court.

        Respectfully submitted,

        s/ Jennifer L. Branch
        Alphonse A. Gerhardstein (0032053)
        Trial Attorney for Plaintiffs
        Jennifer L. Branch (0038893)
        Attorney for Plaintiffs
        617 Vine Street #1409
        Cincinnati, Ohio 45202
        (513) 621-9100

        Mark Conese #004637
        Attorney for Plaintiffs
        21 Ludlow Street
        Hamilton, OH 45011
        (512) 737-7044

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2003, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

        s/ Jennifer L. Branch
        Attorney for Plaintiff

# LAUFMAN & GERHARDSTEIN

ATTORNEYS AT LAW

1409 ENQUIRER BUILDING
617 VINE STREET
CINCINNATI, OHIO 45202
(513) 621-9100
FAX (513) 345-5543

ROBERT F. LAUFMAN
ALPHONSE A. GERHARDSTEIN
JENNIFER L. BRANCH
PAUL M. LAUFMAN

August 7, 2003

Michael R. Vorhees
Phillips Law Firm, Inc.
9521 Montgomery Road
Cincinnati, OH 45242

Re:  *In Re Daniel G. Julian and Penelope S. Julian*, Chapter 13, Case No. 02-11990
*Roe v. Butler County Juvenile Detention Center, et al.*

Dear Mike:

I have drafted an agreed entry and a settlement agreement. Please review and let me know if we can sign and file Tuesday.

Sincerely,

Jennifer L. Branch

**Settlement Agreement**

On this day of _____, 2003, Lee Ann Caldwell (Plaintiff Jane Roe), as next friend for her minor son, Johnie Slaten (Plaintiff Johnny Roe), and Penelope S. Julian and Daniel G. Julian (Defendants John and Jane Coe #1) agree to settle all claims in U.S. District Court S.D. Ohio Case No. C1-01-422 against according to the terms of this agreement.

1. Defendants Penelope S. Julian and Daniel G. Julian agree to pay Lee Ann Caldwell, as next friend of Johnie Slaten, $10,000 as of the date of this Agreement.

2. Lee Ann Caldwell agrees to amend her claim in U.S. Bankruptcy Court S.D. Ohio Case No. 02-11990 to $10,000 (non-contingent). Debtors Penelope S. Julian and Daniel G. Julian agree not to contest this amended claim.

3. All parties agree to execute the attached Agreed Entry of Settlement.

4. The parties understand that this settlement must be approved by the Probate Court.

_____        _____
Lee Ann Caldwell, Plaintiff Jane Roe         Penelope S. Julian, Defendant Jane Coe #1
Mother of Johnie Slaten

                                             _____
                                             Daniel G. Julian, Defendant Jane Coe #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Jane Roe**, as Mother and Custodian of Johnny Roe, et al. | : | Case No. C1-01-422 |
| | : | |
| | : | Judge Beckwith |
| Plaintiffs, | : | |
| | : | Magistrate Judge Sherman |
| vs. | : | |
| | : | **AGREED ORDER SETTLING** |
| **Butler County, Ohio et al**., | : | **CLAIMS AGAINST DEFENDANTS** |
| | : | **JANE AND JOHN COE #1** |
| Defendants. | : | |

Defendants Penelope S. Julian and Daniel G. Julian, who are named in this case as Defendants John and Jane Coe #1, have agreed to pay Plaintiffs the statutory limit of $10,000 according to the terms in the attached Settlement Agreement. The parties agree that Plaintiffs will amend their claim in U.S. Bankruptcy Court S.D. Ohio Case No. 02-11990 to reflect this settlement.

It is so ordered.

_____
Sandra S. Beckwith
United States District Judge

_____           _____
Alphonse A. Gerhardstein (0032053)            Michael R. Voorhees
Jennifer L. Branch (0038893)                  Attorney for Defendants Penelope S. and
Attorneys for Plaintiffs                      Daniel G. Julian
LAUFMAN & GERHARDSTEIN                        Phillips Law Firm, Inc.
617 Vine Street, # 1409                       9521 Montgomery Road
Cincinnati, Ohio 45202                        Cincinnati, OH  45242
(513) 621-9100