```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION


Jane Roe, as Mother and Custodian  )
 of Johnny Roe, et al.,            )
                                   )
                    Plaintiffs,    )   Case No. C-1-01-422
                                   )
      vs.                          )
                                   )
Butler County, Ohio, et al.,       )
                                   )
                    Defendants.    )
```

Show Cause Order

On September 11, 2003, Plaintiffs filed a motion to reopen this action as against Defendants John and Jane Coe #1. To date, Defendants John and Jane Coe #1 have not filed a memorandum in opposition to that motion, and the time allotted by Southern District of Ohio Local Rule 7.2 for the filing of such a memorandum has expired. Accordingly, the Court hereby **ORDERS** Defendants John and Jane Coe #1 to **SHOW CAUSE**, on or before October 22, 2003, for the denial of Plaintiffs' motion. In the event that Defendants John and Jane Coe #1 fail to timely respond to this Show Cause Order, the Court will grant Plaintiffs' motion. In the event that the Defendants timely respond,

Plaintiffs may file a reply memorandum on or before November 3, 2003.

**IT IS SO ORDERED.**

                                                                            _____/s/_____
                                                                Sandra S. Beckwith
                                                               United States District Judge