```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


Jane Roe, as Mother and Custodian  )
 of Johnny Roe, et al.,            )
                                   )
                Plaintiffs,        )  Case No. C-1-01-422
                                   )
     vs.                           )
                                   )
Butler County, Ohio, et al.,       )
                                   )
                Defendants.        )
```

### O r d e r

For good cause shown and in light of the failure of Defendants John and Jane Coe #1 to respond to this Court's Show Cause Order, Plaintiffs' motion to reopen this action as against Defendants John and Jane Coe #1 is hereby **GRANTED**. The Court **DIRECTS** the Clerk to schedule a status conference in this matter for the earliest available date.

**IT IS SO ORDERED.**

                                        /s/
                                   Sandra S. Beckwith
                                   United States District Judge