UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Jane Roe**, as Mother and Custodian of Johnny Roe, et al. | : | Case No. C1-01-422 |
| | : | |
| | : | Judge Beckwith |
| Plaintiffs, | : | |
| | : | Magistrate Judge Sherman |
| vs. | : | |
| | : | **AGREED ORDER SETTLING** |
| **Butler County, Ohio et al.**, | : | **CLAIMS AGAINST DEFENDANTS** |
| | : | **JANE AND JOHN COE #1** |
| Defendants. | : | |
| | : | |
| | : | |

Defendants Penelope S. Julian and Daniel G. Julian, who are named in this case as Defendants John and Jane Coe #1, have agreed to pay Plaintiffs the statutory limit of $10,000 according to the terms in the attached Settlement Agreement. The parties agree that the Plaintiff's claim in U.S. Bankruptcy Court S.D. Ohio Case No. 02-11990 will be amended.

It is so ordered.

_____
Sandra S. Beckwith
United States District Judge

_____
Alphonse A. Gerhardstein (0032053)
Jennifer L. Branch (0038893)
Attorneys for Plaintiffs
LAUFMAN & GERHARDSTEIN
617 Vine Street, # 1409
Cincinnati, Ohio 45202
(513) 621-9100

_____
Michael R. Voorhees
Attorney for Defendants Penelope S. and
Daniel G. Julian
Phillips Law Firm, Inc.
9521 Montgomery Road
Cincinnati, OH 45242