UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jane Roe, as Mother and Custodian of Johnny Roe, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Butler County, Ohio et al.,<br><br>Defendants. | Case No. C1-01-422<br><br>Judge Beckwith<br><br>Magistrate Judge Sherman<br><br>**AGREED ORDER SETTLING CLAIMS AGAINST DEFENDANTS JANE AND JOHN COE #1** |

Defendants Penelope S. Julian and Daniel G. Julian, who are named in this case as Defendants John and Jane Coe #1, have agreed to pay Plaintiffs the statutory limit of $10,000 according to the terms in the attached Settlement Agreement. The parties agree that the Plaintiff's claim in U.S. Bankruptcy Court S.D. Ohio Case No. 02-11990 will be amended.

It is so ordered.

_____
Sandra S. Beckwith
United States District Judge

_____
Alphonse A. Gerhardstein (0032053)
Jennifer L. Branch (0038893)
Attorneys for Plaintiffs
LAUFMAN & GERHARDSTEIN
617 Vine Street, # 1409
Cincinnati, Ohio 45202
(513) 621-9100

_____
Michael R. Voorhees
Attorney for Defendants Penelope S. and Daniel G. Julian
Phillips Law Firm, Inc.
9521 Montgomery Road
Cincinnati, OH 45242

## Settlement Agreement

On this 28th day of October, 2003, Lee Ann Caldwell (Plaintiff Jane Roe), as next friend for her minor son, Johnie Slaten (Plaintiff Johnny Roe), and Penelope S. Julian and Daniel G. Julian (Defendants John and Jane Coe #1) agree to settle all claims in U.S. District Court S.D. Ohio Case No. C1-01-422 against Defendant's according to the terms of this agreement.

1. Defendants Penelope S. Julian and Daniel G. Julian agree to judgment on behalf of Lee Ann Caldwell, as next friend of Johnie Slaten, and against the Defendant's Penelope S. Julian and Daniel G. Julian, $10,000 as of the date of this Agreement.

2. Lee Ann Caldwell agrees to amend her claim in U.S. Bankruptcy Court S.D. Ohio Case No. 02-11990 from a contingent claim of $10,000, to a non-contingent general unsecured claim of $10,000. Debtors Penelope S. Julian and Daniel G. Julian agree not to contest this amended claim. The parties understand that pursuant to the present Chapter 13 Plan, Plaintiff will receive $2500.00 since the Plan is currently 25%.

3. All parties agree to execute an Agreed Entry of Settlement.

4. The parties understand that this settlement must be approved by the Probate Court.

_____
Lee Ann Caldwell, Plaintiff Jane Roe
Mother of Johnie Slaten

_____
Penelope S. Julian, Defendant Jane Coe#1

_____
Daniel G. Julian, Defendant Jane Coe#1