IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jane Roe, as Mother and Custodian of Johnny Roe, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 1:01-CV-422 ) |
| vs. | ) ) |
| Butler County, Ohio, et al., | ) ) |
| Defendants. | ) |

<u>O r d e r</u>

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and upon the joint motion of Plaintiffs and Defendant Butler County, Ohio, the Court hereby **AMENDS** the Judgment in this matter, entered on August 15, 2003.  The Amended Judgment shall provide as follows:

> IT IS ORDERED AND ADJUDGED that pursuant to the Offer of Judgment and Acceptance of Judgment (Doc. 76) and the Joint Motion to Amend the Judgment, that judgment is entered against Defendant Butler County, Ohio, in the amount of Two Hundred Thousand Dollars ($200,000), wherein $75,000 of that judgment shall be distributed to John Hancock Assignment Company for the purchase of a structured settlement annuity for the benefit of minor Johnny Roe.

**IT IS SO ORDERED.**

/s/
Sandra S. Beckwith
United States District Judge